**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

—————————

**No. 08-6018**

—————————

UNITED STATES OF AMERICA,

                    Plaintiff - Appellee,

          v.

WILLIE FRENO PRICE,

                    Defendant - Appellant.

—————————

**No. 08-6539**

—————————

UNITED STATES OF AMERICA,

                    Plaintiff - Appellee,

          v.

WILLIE FRENO PRICE,

                    Defendant - Appellant.

—————————

Appeals from the United States District Court for the Western
District of Virginia, at Danville.  Jackson L. Kiser, Senior
District Judge.  (4:06-cr-00048-jlk)

—————————

Submitted:  June 6, 2008          Decided:  June 26, 2008

—————————

Before MICHAEL, MOTZ, and TRAXLER, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Willie Freno Price, Appellant Pro Se. Ronald Andrew Bassford, Assistant United States Attorney, Roanoke, Virginia, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Willie Freno Price appeals the district court's orders denying relief on his motion for a reduction of sentence filed pursuant to 18 U.S.C. § 3582(c)(2) (2000). We have reviewed the record and find no reversible error. Accordingly, we find the district court did not abuse its discretion in denying the motion. See United States v. Goines, 357 F.3d 469, 478 (4th Cir. 2004) (motion under § 3582(c) "is subject to the discretion of the district court"). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED